837 A.2d 1090

IN THE MATTER OF THE PLAN OF REORGANIZATION OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.

(BELLENDEN RAND HUTCHENSON, M.D., ET AL.,-PETITIONERS).

November 3, 2003.

Denied.

837 A.2d 1090

ROBERT COAR, PETITIONER–PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

November 14, 2003.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reinstatement of petitioner's appeal and consideration of that appeal on the merits.

Jurisdiction is not retained

837 A.2d 1090

SADDLE MOUNTAIN, ETC., PLAINTIFF–PETITIONER, v. BOR- OUGH OF RINGWOOD, ETC., ET AL., DEFENDANTS–RESPON- DENTS. AND SKYLANDS CLEAN, INC., DEFENDANT–INTER- VENOR.

November 14, 2003.

Denied.